IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RENEE NOLL BAUMGARDNER, et al.  :        CIVIL ACTION
                                :
              v.                :
                                :
WYETH PHARMACEUTICALS           :        NO.  05-5720

---

RENEE NOLL BAUMGARDNER,         :        CIVIL ACTION
COREY FOSTER BAADSGAARD,        :
MELODY BROWN,                   :        NOS. 06-2518
LEAH CRAIG CHUMBLEY,            :             06-2519
PAULETTE FORD, JOAN HENNING,    :             06-2520
JAMES W. HILL, SHARON RODGERS,  :             06-2521
LORRAINE AND ROBERT SLATER,     :             06-2522
JAME CHARLEA TIERNEY            :             06-2523
                                :             06-2524
              v.                :             06-2525
                                :             06-2526
WYETH PHARMACEUTICALS           :             06-2527

ORDER

AND NOW, this 31st day of August 2010, upon

consideration of the defendant's "Motion for Summary Judgment

Based on Federal Preemption," and the plaintiffs' response

thereto, IT IS ORDERED:

That the defendant's motion is DENIED.


BY THE COURT:


/s/ John P. Fullam
John P. Fullam, Sr. J.